Case 2:10-cv-05525-PGS-ES  Document 1-1  Filed 10/25/10  Page 1 of 4 PageID: 7
Case 10-23463-DHS  Doc 21  Filed 08/15/10  Entered 08/16/10 00:31:43  Desc Imaged
Certificate of Service    Page 1 of 4

B18 (Official Form 18) (12/07)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10−23463−DHS
Chapter: 7
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yakov Smotritskiy
1 Lee Court
Flanders, NJ 07836

Rimma Telepinskaya
1 Lee Court
Flanders, NJ 07836

Social Security No.:
 xxx−xx−8830

xxx−xx−8360

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: August 13, 2010

Donald H. Steckroth
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Case 2:10-cv-05525-PGS-ES Document 1-1 Filed 10/25/10 Page 2 of 4 PageID: 8
Case 10-23463-DHS Doc 21 Filed 08/15/10 Entered 08/16/10 00:31:43 Desc Imaged
Certificate of Service Page 2 of 4

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Case 2:10-cv-05525-PGS-ES Document 1-1 Filed 10/25/10 Page 3 of 4 PageID: 9
Case 10-23463-DHS Doc 21 Filed 08/15/10 Entered 08/15/10 00:31:43 Desc Imaged
Certificate of Service Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0312-2            User: admin                  Page 1 of 2                   Date Rcvd: Aug 13, 2010
Case: 10-23463                  Form ID: b18                 Total Noticed: 39

The following entities were noticed by first class mail on Aug 15, 2010.
db/jdb        +Yakov Smotritskiy,    Rimma Telepinskaya,    1 Lee Court,    Flanders, NJ 07836-9410
smg            U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +United States Trustee,    Office of the United States Trustee,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
510817172     +AmeriFinancial Solutions, LLC,    PO BOX 64488,    Baltimore, MD 21264-4488
510743665     +Bac Home Loans/Countrywide,    450 American Street #SV416,    Simi Valley, CA 93065-6285
510817173     +CCA,   300 Canal View Blvd Suite 130,    Rochester, NY 14623-2811
510743669     +Celentano, Stadtmauer & Walentowicz, LLP,     1035 Route 46 East,    P.O. Box 2594,
                Clifton, NJ 07015-2594
510743671     +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
510743678     +LB Retail,    450 Winks Lane,    Bensalem, PA 19020-5932
510743679     +LHR, Inc,    56 Main Street,    Hamburg, NY 14075-4905
510743677     +Ladco Leasing,    555 St. Charles Place,    Thousand Oaks, CA 91360-3982
510817174     +Lease Finance Group, LLC,    PO BOX 2410,    Sioux Falls, SD 57101-2410
510743686    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates,     120 Corporate Blvd Suite 100,
                Norfolk, VA   23502)
510817175     +Penn Credit Corporation,    PO BOX 988,    Harrisburg, PA 17108-0988
510743685     +Poonam Bhatia,    144 Lookout Road,    Mountain Lakes, NJ 07046-1212
510743687     +Pressler & Pressler, LLP,    Counsellors At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
510743689     +St. Clare’s Hospital,    25 Pocono Road,    Denville, NJ 07834-2954
510743694     +Weltman, Weinberg & Reis Co,    323 W. Lakeside Avenue, Suite 200,    Cleveland, OH 44113-1099
The following entities were noticed by electronic transmission on Aug 13, 2010.
510743664     +EDI: AMEREXPR.COM Aug 13 2010 17:48:00      American Express,    P.O. Box 981537,
                El Paso, TX 79998-1537
510743666     +EDI: BANKAMER.COM Aug 13 2010 17:48:00      Bank Of America,    PO BOX 1390,
                Norfolk, VA 23501-1390
510743667     +EDI: BANKAMER.COM Aug 13 2010 17:48:00      Bank Of America,    4161 Piedmont Pkwy,
                Grennsboro, NC 27410-8119
510743668     +EDI: CAPITALONE.COM Aug 13 2010 17:48:00      Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
510840428      EDI: RECOVERYCORP.COM Aug 13 2010 17:48:00      Capital Recovery III LLC,
                Attn: Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
510743670     +EDI: CHASE.COM Aug 13 2010 17:48:00      Chase Bank USA,    800 Brooksedge Blvd,
                Westerville, OH 43081-2822
510743672     +EDI: DISCOVER.COM Aug 13 2010 17:48:00      DISCOVER FIN SVCS LLC,    PO BOX 15316,
                Wilmington, DE 19850-5316
510743673     +EDI: WFNNB.COM Aug 14 2010 04:18:00      Fashing Bug,    1103 Allen Drive,    Milford, OH 45150-8763
510743674      EDI: HFC.COM Aug 13 2010 17:48:00      HSBC/ BON TON,    PO BOX 15524,    Wilmington, DE   19850
510743675     +EDI: HFC.COM Aug 13 2010 17:48:00      HSBC/BOSCOVS,    PO BOX 4274,    Reading, PA 19606-0674
510743676     +EDI: CBSKOHLS.COM Aug 13 2010 17:48:00      Kohls/Chase,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
510743681     +EDI: RESURGENT.COM Aug 13 2010 17:48:00      LVNV Funding LLC/,    PO BOX 10584,
                Greenville, SC 29603-0584
510743680     +EDI: RESURGENT.COM Aug 13 2010 17:48:00      LVNV Funding LLC/,    PO BOX 10497,
                Greenville, SC 29603-0497
510743682     +EDI: TSYS2.COM Aug 13 2010 17:48:00      Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
510743683     +E-mail/PDF: bankruptcy@ncfsi.com Aug 14 2010 00:11:35      New Century Financial,
                110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
510743684     +E-mail/Text: ebn@vativrecovery.com                            Palisades Collection, LLC,
                210 Sylvan Avenue,    Englewood, NJ 07632-2524
510743688     +EDI: SEARS.COM Aug 13 2010 17:48:00      SEARS,    PO BOX 6189,    Siuox Falls, SD 57117-6189
510743690     +EDI: CITICORP.COM Aug 13 2010 17:48:00      The Childrens Place,    PO Box 6497,
                Sioux Falls, SD 57117-6497
510743691     +EDI: AFNIVERIZONE.COM Aug 13 2010 17:48:00      Verizon New Jersey Inc,    500 Technology Dr,
                Weldon Spring, MO 63304-2225
510743692      EDI: FUNB.COM Aug 13 2010 17:48:00      Wachovia Bank,    PO BOX 3117,    Winston Salem, NC   27102
510743693     +EDI: WFFC.COM Aug 13 2010 17:48:00      Wells Fargo Financial Bank,    3201 N 4th Avenue,
                Sioux Falls, SD 57104-0700
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510817176*    +Pressler & Pressler, LLP,    Counsellors At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

Case 2:10-cv-05525-PGS-ES Document 1-1 Filed 10/25/10 Page 4 of 4 PageID: 10
Case 10-23463-DHS Doc 24 Filed 08/15/10 Entered 08/16/10 00:31:43 Desc Imaged
Certificate of Service Page 4 of 4

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2010
Case: 10-23463                Form ID: b18             Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**     **Signature:**     *Joseph Speetjens*