UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Plaintiff
**YAKOV SMOTRITSKIY**
vs.
Defendant
**PORTFOLIO RECOVERY ASSOCIATES, LLC, ET**

Case No: 2:10-CV-05525-PGS-ES

## AFFIDAVIT OF SERVICE

I J. Fantacia Rodriguez, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on 11/3/2010 at 2:12 PM, I executed service of a SUMMONS IN A CIVIL ACTION and COMPLAINT. Supporting documents also included DISCHARGE OF DEBTOR and CERTIFICATE OF NOTICE. on PORTFOLIO RECOVERY ASSOCIATES, LLC at 140 Corporate Blvd, Norfolk, VA 23502

Service was made by PERSONAL SERVICE to Nancy Mahlmann -   Legal Intake Clerk

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
J. Fantacia Rodriguez, Authorized Process Server

SwiftWings Express LLC
221 Market Street Suite 429
Virginia Beach, Virginia 23462
877-907-9170

AUDREY F. CATALFAMO
NOTARY PUBLIC
REGISTRATION # 7354134
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
30 November 2014

State of Virginia
City of Virginia Beach
Subscribed and sworn to before me, a notary public, on 5 November 2010

_____
Notary Public

ID: 1324
Client Reference: 1324-pra III