UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

COURT FILE NO.:  2:10-cv-05525-PGS -ES

| | |
|---|---|
| YAKOV SMOTRITSKIY,<br><br>                Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and  DOES 1-10 inclusive,<br><br>                Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff and his attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                                Respectfully submitted,

Dated: December 14, 2010

                                                /s/ *Stanley Smotritsky*
                                                Stanley Smotritsky, Esq.
                                                SMOTRITSKY & SPEKTOR, PLLC
                                                Attorneys for Plaintiff
                                                1928 Kings Highway, 3rd Floor
                                                Brooklyn, New York 11229
                                                Telephone:  (718) 554-3630
                                                Facsimile: (718) 679-9196
                                                stan@srlawonline.com