# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

### COURT FILE NO.:  2:10-cv-05525-PGS -ES

| | |
|---|---|
| YAKOV SMOTRITSKIY,<br><br>              Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br>LLC; and  DOES 1-10 inclusive,<br><br>              Defendants. | **NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff and his attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: December 14, 2010

/s/ Stanley Smotritsky

Stanley Smotritsky, Esq.
SMOTRITSKY & SPEKTOR, PLLC
Attorneys for Plaintiff
1928 Kings Highway, 3rd Floor
Brooklyn, New York 11229
Telephone:  (718) 554-3630
Facsimile: (718) 679-9196
stan@srlawonline.com

SO ORDERED: Peter Wonrch
DATED:  2/25/11                      -1-